JJD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

MICHAEL SCHWARTZ,

        Defendant.

- - - - - - - - - - - - - - - -X

REMOVAL TO THE DISTRICT OF COLUMBIA

(Fed. R. Crim. P. 5)

EASTERN DISTRICT OF NEW YORK, SS:

    DAWN MAHONEY, being duly sworn, deposes and states that she is a Deputy United States Marshal with the United States Marshal's Service, duly appointed according to law and acting as such.

    Upon information and belief, on or about January 17, 2011, an arrest warrant was issued by the Superior Court of the District of Columbia commanding the arrest of the defendant MICHAEL SCHWARTZ, charging a violation of Title 22, District of Columbia Code, Section 1810 (Threatening to Injure/Kidnap a Person).

    The source of your deponent's information and the grounds for her belief are as follows:

    1. On or about January 17, 2011, the Honorable Brian Holeman of the Superior Court signed a complaint and arrest warrant, authorizing the arrest of the defendant MICHAEL SCHWARTZ for Threatening to Injure/Kidnap a Person, in violation of Title 22, District of Columbia Code, Section 1810. A copy of the

Complaint and an Affidavit in Support of an Arrest Warrant is attached hereto as Exhibit 1.

2. On January 20, 2011, the defendant MICHAEL SCHWARTZ was arrested by Detectives from the Nassau County Police Department at his residence, 29 Cranford Road, Plainview, New York, in connection with the arrest warrant. Thereafter, he appeared in Nassau County Court.

3. On January 25, 2011, the United States Marshal's Service took custody of the defendant MICHAEL SCHWARTZ. During pedigree questioning, the defendant confirmed his name, address, social security number, and date of birth, all of which match the information in the arrest warrant. Additionally, the defendant admitted that he previously attended dental school at Howard University and that the photograph attached to the arrest warrant is from his student identification card.

WHEREFORE, it is requested that the defendant MICHAEL SCHWARTZ be removed to the Superior Court of the District of Columbia so that he may be dealt with according to law.

DAWN MAHONEY
Deputy United States Marshal
United States Marshal's Service

Sworn to before me this
25th day of January, 2011

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

2

EXHIBIT 1

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

COPY

**COMPLAINT**

DCTN:
Lockup No:
Case No: 2011 cmd 000187

District of Columbia ss:

Defendant's Name: Michael Schwartz                                    11007117
                  (First)    (MI)    (Last)              (PDID)      (CCNO)

Also Known As:
                  (First)    (Middle)  (Last)

Address: 29 Cranford Rd, Plainview NY

On or about January 15, 2011, within the District of Columbia, Michael Schwartz threatened to injure/kidnap Cecile Skinner. (Threatening To Injure/Kidnap a Person, in violation of 22 D.C. Code, Section 1810 (2001 ed.))

Co-Defendants:

Subscribed and sworn to before me this ___17___ day of ___January, 2011___

                                                              (Affiant's Name)
                                                              (Judge) (Deputy Clerk)

**WARRANT**

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for ___Michael Schwartz___

YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued ___1/17/2011___

                                              Judge - Superior Court of the District of Columbia

Rule 105: ☐

| Sex: Male | DOB: 07/04/1985 | CCN: 11007117 | PDID: |
| --- | --- | --- | --- |
| Papering Officer: R. Saunders | | | Badge No.: 011214 |

**OFFICER MUST EXECUTE RETURN**

Officer's Name:
                                              Date / Time:

AUSA Signature:
                                              Fel. I ☐   AFTC ☐   Fel. II ☐

# COPY

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| USW NO.: 2011 cru 000137 | | |
|---|---|---|

| DEFENDANT'S NAME: SCHWARTZ, MICHAEL | NICKNAME: | ALIASES: | CCN: 007-117 | PDID: |
|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 07/04/85 | HGT: 5'6" | WGT: 190 | EYES: BRN | HAIR: BRN | COMPL: LIGHT | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S HOME ADDRESS: 29 CRANFORD RD, PLAINVIEW NY. 11803-4003 | TELEPHONE NUMBER: 516-938-8889 |
|---|---|

| DEFENDANT'S BUSINESS ADDRESS: | TELEPHONE NUMBER: |
|---|---|

| COMPLAINANT'S NAME: SKINNER, CECILE | TELEPHONE NUMBER: |
|---|---|

| LOCATION OF OFFENSE: 3801 CONNECTICUT AVE, NW | DATE OF OFFENSE: 01/15/11 | TIME OF OFFENSE: 2215 |
|---|---|---|

- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 01 = Other (Explain)
- 90 = Diabetic
- 60 = Allergies
- 20 = Known to abuse drugs

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

On Sunday, January 16, 2011, members of the Second District were dispatched to 3801 Connecticut Avenue NW, for a threats report. Upon arriving at the scene, the reporting officer located the 911 caller and he reported the following details.

For the purpose of this writing, the 911 caller Mitchell Miller, shall be referred to as W/1. According to W/1, he reports that on Saturday evening, he received a telephone call from Michael Schwartz, the defendant at 2354 hours. During that call the defendant told W/1 that he was depressed because he was dismissed from Howard University's school of dentistry because of his grades. W/1 further stated that the defendant explained to him how on Monday, January 10, 2011, he had a meeting with the Dean Skinner, of Howard University to appeal his dismissal. W/1 said that at the meeting, there was a witness that remained in the meeting with Dean Skinner because she was afraid of him. During that phone conversation, W/1 said that the defendant shouted a barrage of words saying how that "Nigger" kicked him out of dental school, referring to Dean Skinner. Additionally, the defendant said the reason Dr. Skinner kicked him out is because he's white in a black school.

W/1 told investigators that when he tried to calm the defendant down, that's when the defendant told him that he wasn't a true friend and that he was going to kill him. W/1 said that the defendant told him to keep one eye open and to clinch his pillow tight when he goes to sleep. Moments later, W/1 said that the defendant focused his attention back on Dr. Skinner, saying that he wanted to kill that Nigger numerous times. The defendant told W/1 that if he didn't kill Dr. Skinner on Martin Luther King Day, then he would do something worse. W/1 told your affiant that he explained to the defendant how it wasn't Dr. Skinner's fault that he was dismissed from school, and that she didn't deserve to be harmed. He said that the defendant replied and stated "It's her fault and she deserves to be dead."

**PLEASE ISSUE A WARRANT FOR:** Michael Schwartz

**CHARGED WITH:** Felony Threats

_Julius R Ryddely_ 1/19/11
ASSISTANT UNITED STATES ATTORNEY

No Appeal

**AFFIANT'S SIGNATURE** [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS 19th DAY OF JANUARY 2011

[signature]
(JUDGE) DEPUTY CLERK SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

# COPY

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| DEFENDANT'S NAME: SCHWARTZ, MICHAEL | NICKNAME: | ALIASES: | USW NO.: 2011 CRW 000187 |  |
|---|---|---|---|---|
|  |  |  | CCN: 007-117 | PDID: |

| SEX: M | RACE: W | DOB: 07/04/85 | HGT: 5'6" | WGT: 190 | EYES: BRN | HAIR: BRN | COMPL. LIGHT | SCARS, MARKS, TATTOOS: |
|---|---|---|---|---|---|---|---|---|

DEFENDANT'S HOME ADDRESS: 29 CRANFORD RD, PLAINVIEW NY. 11803-4003
TELEPHONE NUMBER: 516-938-8889

DEFENDANT'S BUSINESS ADDRESS:
TELEPHONE NUMBER:

COMPLAINANT'S NAME: SKINNER, CECILE
TELEPHONE NUMBER:

LOCATION OF OFFENSE: 3801 CONNECTICUT AVE, NW
DATE OF OFFENSE: 01/15/2011
TIME OF OFFENSE: 2215

CONTINUANCE OF BRIEF DESCRIPTION OF WHAT HAPPENED: (PAGE 2 OF 3)

W/1 said that the defendant was also angry with him because he wouldn't allow the defendant to cheat off of his paper during exams. W/1 said that the defendant told him that he was going to get both him and Dr. Skinner and that they were no longer friends.

During the course of this investigation, your affiant telephoned the defendant at his residence in New York to verify if he was there or here in the District of Columbia. During that time I spoke to his mother and she advised me that her son was with her. I informed them of this investigation. A short time later, the defendant returned my call to ask me what exactly did his friend report to the police? Additionally, the defendant stated that when he called W/1, he was intoxicated and that he didn't recall everything that he said. The defendant did however say that he recalls citing some lyrics from a Metallica song to W/1 telling him to "sleep with one eye open, gripping his pillow tight." He also acknowledges that he was dismissed from the university due to academic reasons and how he was disappointed with W/1 for reporting this matter to the police. The defendant also stated that he suffers from Post Traumatic Stress Syndrome.

After speaking to the defendant, your affiant telephoned Dr. Skinner and advised her of this investigation. During that call she informed me that she was debriefed by the universities chief of police of this matter. Dr. Skinner said that she was concerned for her safety. She went on to say that she recently met with the defendant on Monday, January 10, 2011 at her office regarding his academic dismissal and that she needed a witness to remain with her because of his body language, the way he was acting and his facial expressions gave her some concern. In addition, Dr. Skinner said that she has students who warned her of the defendant and that they too are fearful that he would do something to them.

PLEASE ISSUE A WARRANT FOR: Michael Schwartz

CHARGED WITH: Felony Threats

AFFIANT'S SIGNATURE: [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS 17TH DAY OF JANUARY 2011

ASSISTANT UNITED STATES ATTORNEY

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

# COPY

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 2011 crw 000187

| DEFENDANT'S NAME: SCHWARTZ, MICHAEL | NICKNAME: | ALIASES: | CCN: 007-117 | PDID: |
|---|---|---|---|---|

| SEX: M | RACE: W | DOB: 07/04/85 | HGT: 5'6" | WGT: 190 | EYES: BRN | HAIR: BRN | COMPL: LIGHT | SCARS, MARKS TATTOOS: |
|---|---|---|---|---|---|---|---|---|

**DEFENDANT'S HOME ADDRESS:** 29 CRANFORD RD, PLAINVIEW NY, 11803-4003
**TELEPHONE NUMBER:** 516-938-8889

**DEFENDANT'S BUSINESS ADDRESS:**
**TELEPHONE NUMBER:**

**COMPLAINANT'S NAME:** SKINNER, CECILE
**TELEPHONE NUMBER:**

**LOCATION OF OFFENSE:** 3801 CONNECTICUT AVE. NW
**DATE OF OFFENSE:** 01/15/2011
**TIME OF OFFENSE:** 2215

**CONTINUATION OF BRIEF DESCRIPTION OF WHAT HAPPENED:** (PAGE 3 OF 3)

W/1 advised your affiant that he has known the defendant since August and that they have been classmates. In addition, the complainant has established that he knows the defendant by providing investigators with the defendant name and a telephone number where he could be reached. Moreover, when your affiant spoke to the defendant over the telephone, he acknowledge that he spoke to W/1 and admitted saying some of the reported things however, denies making threats towards Dr. Skinner.

Based on the listed facts and circumstances, your affiant submits that there is sufficient evidence to believe that the defendant committed this offense. Therefore, your affiant respectfully request that an arrest warrant be issued for the defendant's arrest, charging him this offense.

**PLEASE ISSUE A WARRANT FOR:** Michael Schwartz

**CHARGED WITH:** Felony Threats

**AFFIANT'S SIGNATURE:** X _____

**SUBSCRIBED AND SWORN TO BEFORE ME THIS** 17TH **DAY OF** JANUARY **2011**

**ASSISTANT UNITED STATES ATTORNEY**

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

NCIC Arrest

